NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**PAUL M. DEAN, JR.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5113

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-392, Judge Margaret M. Sweeney.

---

**ON MOTION**

---

**O R D E R**

Paul M. Dean, Jr. moves without opposition for extensions of time to file his opening brief and his reply brief. Dean also moves without opposition for a stay of further proceedings in this court pending action by the Air Force Board for Correction of Military Records (AFBCMR).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions for extensions of time are granted. The court's dismissal order is vacated, the court's mandate is recalled, and Dean's opening and reply briefs are accepted as timely filed.

(2) The motion for a stay of proceedings is denied without prejudice. The case is ready for assignment to a merits panel.

FOR THE COURT

**DEC 2 8 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael D.J. Eisenberg, Esq.
    John S. Groat, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**DEC 2 8 2010**

**JAN HORBALY
CLERK**